**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

BERNICE GILL                                                                    PLAINTIFF


V.                                          NO. 3:04CV00272-JTR


JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                      DEFENDANT


## JUDGMENT

Consistent with the Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 30th day of January, 2006.


_____
UNITED STATES MAGISTRATE JUDGE